No. 929, October Term, 1955. GINSBURG *v.* GREGG, GUARDIAN AD LITEM, ET AL., 351 U. S. 979. Motion for leave to file appendix to petition granted. Motion of the respondent Gregg to strike the petition for rehearing denied. Petition for rehearing denied.

No. 16, Misc. JONES *v.* SCANLON, CLERK OF QUARTER SESSIONS, PHILADELPHIA, PENNSYLVANIA. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. James N. Lafferty* for respondent.

No. 701, October Term, 1955. REID, SUPERINTENDENT, DISTRICT OF COLUMBIA JAIL, *v.* COVERT, 351 U. S. 487; and
No. 713, October Term, 1955. KINSELLA, WARDEN, *v.* KRUEGER, 351 U. S. 470. The Solicitor General is requested to file a response to the petition for rehearing in these cases within 15 days.

No. 131, Misc. KRUPOWICZ *v.* NEW YORK. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Motion for leave to file petition for writ of mandamus denied.

No. 147, Misc. SMOTHERMAN *v.* MICHIGAN. Petition for writ of certiorari to the Supreme Court of Michigan denied. Motion for leave to file petition for writ of habeas corpus denied.

No. 35, Misc. SHOTKIN *v.* CITY OF MIAMI BEACH, FLORIDA. Petition for an appeal denied.